```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

TIMOTHY SMITHER individually and on
behalf of others similarly
situated,

                   Plaintiff,

vs.                                    Case No.  2:11-cv-65-FtM-29DNF

DOLPHIN POOLS OF SW FLORIDA, INC.,
a Florida corporation, THOMAS M.
GRIFFIN, individually,

                  Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #12), filed June 9, 2011, recommending that defendant's Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. #11) be granted, the settlement approved, and the case dismissed with prejudice and without the Court retaining jurisdiction. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge, and finds that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #12) is hereby **adopted** and the findings incorporated herein.

2.  Defendant's Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. #11) is **GRANTED** and the Settlement Agreement and Mutual General Release (Doc. #11-1) is **approved** as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with prejudice except as provided by the settlement, and without the Court retaining jurisdiction over the enforcement of the settlement.

4. The Clerk is further directed to terminate all deadlines and motions as moot, and to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   29th   day of June, 2011.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties